# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CHRISTEVEN CHASSAGNE,

    Plaintiff,

v.                                                  Case No:   6:24-cv-2258-LHP

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant

---

## ORDER

Before the Court is Defendant's Amended Motion for Entry of Judgment with Remand.  Doc. No. 17.  Defendant moves to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) so that the following may occur:

> On remand, the agency will consider whether cramp fasciculation syndrome and cubital tunnel syndrome are severe impairments, give further consideration to Plaintiff's maximum residual functional capacity, offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record if necessary, and issue a new decision.

*Id.* at 1.   Plaintiff does not object.   *Id.*

Upon consideration, the Court finds the request well taken.   *See* 42 U.S.C. § 405(g).   Accordingly, it is **ORDERED** that:

1. Defendant's Amended Motion for Entry of Judgment with Remand (Doc. No. 17) is **GRANTED**.

2. The final decision of the Commissioner is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of § 405(g), for the above-stated reasons.

3. The Clerk of Court is directed to **ENTER** judgment in favor of Plaintiff and against the Commissioner, **TERMINATE** all other pending motions as moot, and thereafter **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on April 3, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -